IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-02666-WDM-BNB

GOVERNMENT EMPLOYEES INSURANCE COMPANY, a Maryland corporation,

Plaintiff,

v.

DAVID BROWN, individually,
AMANDA BROWN, individually,
STACEY MOORE, individual, and as mother and next friend of Caleb Moore,
CALEB MOORE, individually, and
JEREMY VIALPANDO, individually,

Defendants.

_____

**ORDER**
_____

The parties appeared this morning for a scheduling conference. The proposed scheduling order was refused for the reasons stated on the record.

IT IS ORDERED that the parties shall submit a revised proposed scheduling order on or before **February 26, 2010**, modified as discussed at the scheduling conference this morning.

IT IS FURTHER ORDERED that a supplemental scheduling conference is set for **March 12, 2010, at 9:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

Dated February 17, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge